# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-002 |
| v. ) | |
| ) | |
| BEATRICE LAWRENCE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# **ORDER**

FINCH, J.

THIS MATTER comes before the Court on the Motion to Suppress filed by Defendant Beatrice Lawrence. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Suppress is **DENIED**.

**ENTERED this 30 day of January, 2008.**

```
                          _____/s/_____
                          HONORABLE RAYMOND L. FINCH
                          U.S. DISTRICT JUDGE
```

1