# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2007-002 |
| v. ) | |
| ) | |
| BEATRICE LAWRENCE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# **ORDER**

FINCH, J.

THIS MATTER comes before the Court on the Motion In Limine filed by the United States of America. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion In Limine is **DENIED**.

**ENTERED this 20 day of February, 2008.**

_____/s/_____
**HONORABLE RAYMOND L. FINCH
U.S. DISTRICT JUDGE**

1