# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2007-002 |
| v. | ) | |
| | ) | |
| BEATRICE LAWRENCE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the Motion to Exclude Defendant's Suppression Hearing Testimony From Use by the Government at Trial on the Issue of Guilt filed by Defendant Beatrice Lawrence.  As grounds for this motion, Defendant relies on Simmons v. United States, 390 U.S. 377, 393-394 (1968), in which the Supreme Court held that a defendant who testifies at a suppression hearing asserting his or her Fourth Amendment claim does not waive his or her Fifth Amendment privilege and the statements cannot be used against the defendant on the question of guilt.  After careful consideration, it is hereby

**ORDERED** that the Motion to Exclude Defendant's Suppression Hearing Testimony From Use by the Government at Trial on the Issue of Guilt is **GRANTED**.

**ENTERED this 8th day of July, 2008.**

_____
/s/
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

1